James Elgin WHITE *v.* STATE of Arkansas

RC 88-37                                              758 S.W.2d 705

Supreme Court of Arkansas
Opinion delivered October 10, 1988

504 ■■■ ■

■■■

■■■ ■■■

*Wilson & Associates, P.A.,* by: *Ronald C. Wilson,* for appellant.

No objection.

Per Curiam. ■ It has been our practice when a record is presented, which has not been prepared by a certified court reporter, to not allow review unless two things are done. First, all parties agree the record is accurate. Second, the mistake will not be repeated.

The first condition has been satisfied. If the trial judge will write our clerk noting that in the future his regular certified court reporter will record all such juvenile cases in the future, we will accept the record.